IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

THE CIT GROUP/EQUIPMENT          )
FINANCING, INC.,                 )
                                 )
          Plaintiff,             )
                                 )
vs                               )   CIVIL ACTION NO. 01-RRA-1590-NE
                                 )
KENT EXCAVATING, INC.,           )
KENNETH KENT, and                )
DAVID KENT,                      )
                                 )   **ENTERED**
          Defendants.            )
                                     NOV - 2 2001

## MEMORANDUM OPINION

Default has been entered against defendants Kent Excavating, Inc. and Kenneth Kent.[1] Before the court is the plaintiff's motion for entry of a default judgment. In support thereof, the plaintiff has submitted, in addition to previously submitted documents, two affidavits establishing the amount of the debt owed the plaintiff at $260,171.38. The plaintiff's submissions further show that Kenneth Kent signed a personal guaranty, and that the defendants obligated themselves to pay the plaintiff a reasonable attorney's fee for services rendered in the event of the defendants' breach of the lease agreement. In sworn statements, the plaintiff and its counsel have fixed attorney's fees at $26,017.14.

Wherefore, after consideration of the entire court file, it is hereby determined that

---

[1] The third defendant, David Kent, has not been served with a copy of the summons and complaint.

13

the plaintiff is due $260,171.38 in damages, plus $26,017.14 in attorney's fees, for a total of $286,188.52, plus interest from the date of judgment.  An order in accordance with this memorandum opinion will be entered.

DONE this ___ day of ___, 2001.


**WILLIAM M. ACKER, JR.,**
United States District Judge